[No. 45171-5-I.   Division One.   July 10, 2000.]

THE STATE OF WASHINGTON, *on the relation of* G.M.B., ET AL., *Respondents*, v. MICHAEL DAVID NOONEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-00468-3, Patricia Hall Clark, J., entered July 29, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 45261-4-I.   Division One.   July 10, 2000.]

SNOQUALMIE POINT, LLC, *Respondent*, v. JIM AKER, ET AL., *Appellants*, AMERICAN STATES INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-13522-9, Donald D. Haley, J., entered September 17, 1999. *Dismissed* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.


[Nos. 17557-0-III; 17558-8-III;   Division Three.   July 11, 2000.]
     17559-6-III.

THE STATE OF WASHINGTON, *Respondent*, v. JASON E. BUSH, *Appellant*.

Appeals from judgments of the Superior Court for Chelan County, Nos. 98-1-00114-4, 98-1-00115-2, and 97-1-00435-9, Lesley A. Allan, J., entered May 4, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ. Now published at 102 Wn. App. 372.